IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **WILLIAM TAYLOR,** | § § § | |
| Plaintiff, | § | Civil Action No. 4:19-cv-03621 |
| | § § | |
| v. | § § | |
| | § | |
| **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE NATIONAL BANK, AS TRUSTEE FOR BCF L.L.C. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 1997-R3,** | § § § § § § § § § § | |
| Defendants. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**NOW COME** William Taylor ("Plaintiff") and U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, Successor by Merger to LaSalle National Bank, as Trustee for BCF L.L.C. Mortgage Pass-Through Certificates, Series 1997-R3 ("Defendant") (collectively with Plaintiff, the "Parties"), and hereby file this their Joint Stipulation of Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and in support thereof would respectfully show unto the Court the following:

1. The parties have fully compromised and settled all matters in controversy between them, and have reached an agreement to dismiss the above civil case, with prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(ii), including all claims, defenses and counterclaims filed by any party.

2. The parties also agree that all costs of court and attorney's fees incurred shall be

borne by the party incurring the same.

WHEREFORE, Plaintiff and Defendant hereby jointly request that the Court enter an Order dismissing the above civil case, with prejudice, and for such other and further relief to which the parties may be justly entitled.

Respectfully submitted,

*/s/ John G. Helstowski*
**John G. Helstowski**
Texas State Bar No. 24078653
S.D. Bar No. 2799780
J. GANNON HELSTOWSKI LAW FIRM
13601 Preston Road, Suite E920
Dallas, Texas 75240
Telephone (817) 382-3125
Facsimile (817) 382-1799
Email: jgh@jghfirm.com
Lead Attorney for Plaintiff

**AND**

*/s/ Matthew l. McDougal (with permission)*
**Robert T. Mowery**
Texas State Bar No. 14607500
S.D. Bar No. 9529
Email: rmowery@lockelord.com
**Arthur E. Anthony**
Texas State Bar No. 24001661
S.D. Bar No. 27943
Email: aanthony@lockelord.com
Matthew L. McDougal
Texas State Bar No. 24092799
S.D. Bar No. 3016880
LOCKE LORD, LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800
Attorneys for Defendant U.S. Bank, etc.

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 21, 2019, I personally conferred by email with Matthew L. McDougal, attorney of record for Defendant U.S. Bank, etc., and counsel advised that he is in agreement with the foregoing *Joint Stipulation of Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii)*, and by his electronic signature affixed hereto is unopposed to the same.

*/s/ John G. Helstowski*
**John G. Helstowski**

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2019, a true and correct copy of the foregoing *Joint Stipulation of Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii)* was filed and served upon all parties and counsel of record via the Court's ECF system.

*/s/ John G. Helstowski*
**John G. Helstowski**